FILED

08 FEB 13 PM 4:42

BY: _____ PDL _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 0327 BEN |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| FIDEL GONZALEZ-SANTIAGO, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about December 13, 2007, within the Southern District of California, defendant FIDEL GONZALEZ-SANTIAGO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

JDM:pcf:San Diego
2/12/08

It is further alleged that defendant FIDEL GONZALEZ-SANTIAGO, was removed from the United States subsequent to September 12, 2006.

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney