FILED

08 FEB 13 PM 4:41

BY: _____ DEPUTY

'08 CR 0327 BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| FIDEL GONZALEZ-SANTIAGO, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Fidel Gonzalez-Santiago</u>, Criminal Case No. 08CR0111-BEN.

DATED: February 13, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

